# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MARCUS BROWN JR.**                                                   **PLAINTIFF**

**v.**                      **No: 4:20-cv-00364 JM-PSH**

**HAYES,** *et al.*                                                     **DEFENDANTS**

## <u>ORDER</u>

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After carefully consideration, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Brown's claims against the Jefferson County Sheriff's Office are dismissed without prejudice for failure to state a claim upon which relief may be granted.

DATED this 26th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE