# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MARCUS BROWN, JR.**                                                                                    **PLAINTIFF**

v.                               No: 4:20-cv-00364-PSH

**COREY HAYES,** *et al.*                                                                            **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing Brown's claims against Corey Hayes, Lanetra Evans, Carolyn Iverson, Christine Turntine, Denise Canada-Johnson, and Darrel Elkin with prejudice.

DATED this 6th day of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE